.

CHAD CHRISTIAN COLE
STEPHANIE ANN COLE
10 INDEPENDENCE DR
GULFPORT, MS 39507

LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY 11804


605 LENDING
PO BOX 305
FLANDREAU, SD 57028

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193


AARON'S
12057 HWY 49
STE C
GULFPORT, MS 39503

PURCHASING POWER
1375 PEACHTREE STREET
SUITE 500
ATLANTA, GA 30309


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

DIANNE COLE
10 INDEPENDENCE DR
GULFPORT, MS 39507


GILLESPIE LAW FIRM
1901 24TH AVE
GULFPORT, MS 39501


HERITAGE PLACE COMM
33 INDEPENDENCE DR
GULFPORT, MS 39507