# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: CHAD CHRISTIAN COLE and           CHAPTER 13
       STEPHANIE ANN COLE                         Case No. 25-51100-KMS

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtors' proposed plan (Dkt. 2). The plan omits treatment for the secured claims filed by Jefferson Capital Systems, LLC, Claim No. 5-1 and Purchasing Power, LLC, Claim 6-1.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtors' proposed plan (Dkt. 2).

DATED, this the 9th day of October 2025.

                                                     Respectfully submitted,

                                         /s/ _____
                                              PHILLIP BRENT DUNNAWAY

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee     USTPRegion05.JA.ECF@usdoj.gov

T.C Rollis, Esq., for Debtors     trollins@therollinsfirm.com

DATED this the 9th day of October 2025.

/s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2