# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51100  **Case Name:** Chad Christian Cole and Stephanie Ann Cole

**Set:** 10/16/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #15) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [15]. Order due by 10/30/2025. Confirmation hearing removed. (mcc)