

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 21, 2025

_____
The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE: CHAD CHRISTIAN COLE and　　　　　　　　　CHAPTER 13
　　　　STEPHANIE ANN COLE　　　　　　　　　　　　Case No. 25-51100-KMS

## AGREED ORDER RESOLVING
## TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 15)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 15), and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Debtors shall file a modified plan or claim objection which addresses the treatment of creditors, Jefferson Capital Systems, LLC, Claim No. 5-1 and Purchasing Power, LLC, Claim 6-1, together with requisite notice, within ten (10) days of entry of this Order, absent which this case will be dismissed without further notice, motion or hearing upon the Trustee submitting an Order of Dismissal to the Court.

##END OF ORDER##

Agreed Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749, Gulfport, MS 39505-3749

Approved by:

T.C. Rollins, Esq. w/permission PBD
_____
T.C. Rollins, Esq.
Attorney for Debtors
P.O. Box 13767, Jackson, MS 39236