# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51100　　**Case Name:** Chad Christian Cole and Stephanie Ann Cole

**Set:** 11/04/2025 10:00 am　　**Chapter:** 13　　**Type:** bk　　**Judge:** Katharine M. Samson

**matter:** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 10/6/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 10/27/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #14)

Response filed by the Debtors (Dkt. #22)

---

Minute Entry Re: (related document(s): [14] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 11/18/2025. Email received from Cuntz's office. (mcc)