_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **CHAD CHRISTIAN & STEPHANIE ANN COLE** | **CASE NO. 25-51100-KMS** |

<u>**ORDER RELEASING EARNINGS OF DEBTOR**</u>
**CHAD CHRISTIAN COLE (SSN # XXX-XX-2282)**

THE ORDER **(Dkt. 10)** heretofore entered in these proceedings by which the debtor's employer:

> HOME DEPOT
> 2455 PACES FERRY RD
> B3
> ATLANTA, GA 30339-0000

was directed to pay Debtor's wages or a portion thereof to:

> WARREN A. CUNTZ, JR. TRUSTEE
> P.O. BOX 3749
> GULFPORT MS 39505-3749
> (228) 831-9531 / (228) 831-9902

<u>**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**</u>

##END OF ORDER##