___



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 4, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN THE MATTER OF:**                               **CHAPTER 13**
**CHAD CHRISTIAN COLE**                      **CASE NO.: 25-51100 KMS**
**STEPHANIE ANN COLE**

### ORDER RELEASING WAGES OF
### DEBTOR, CHAD CHRISTIAN COLE (SSN # XXX-XX-2282)

      **THE ORDER (Dkt. 25)** heretofore entered in these proceedings by which the Debtor's employer:

**TJX/HOMEGOODS**
**770 COCHITUATE RD**
**FRAMINGHAM, MA 01701**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##